**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: | § | Case No. 13-00177 |
|---|---|---|
| | § | |
| DAVID ROBERT ASPLUND | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/03/2013. The undersigned trustee was appointed on 01/03/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $63,341.24

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $79.44 |
    | Bank service fees | $1,735.52 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $61,526.28 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/10/2013 and the deadline for filing government claims was 07/02/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,417.06. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,417.06, for a total compensation of $6,417.06[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/24/2016            By:  /s/ Horace Fox, Jr.
                                 Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 13-00177 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | ASPLUND, DAVID ROBERT | Date Filed (f) or Converted (c): | 01/03/2013 (f) |
| For the Period Ending: | 9/24/2016 | §341(a) Meeting Date: | 02/11/2013 |
| | | Claims Bar Date: | 06/10/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1 Citbank checking account no. 4550 Total balance as of January 1, 2013 is $3,837.28. Debtors 1/2 interest is $1,918.64. | $1,918.64 | $1,918.64 | | $1,918.64 | FA |
| 2 Citibank Plus Savings account no. 7771 Total balance as of January 1, 2013 is $18,114.25. Debtors 1/2 interest is $9,057.12 | $9,057.12 | $5,057.12 | | $5,057.12 | FA |
| 3 Citbank savings account no. 3337 | $0.01 | $0.01 | | $0.00 | FA |
| 4 TV, furniture, computers Total value is $12,000. Debtors 1/2 interest is $6,000 Location: 161 E. Chicago Ave #58K2, Chicago IL 60611 and Public Storage, 8220 Skokie Boulevard, Skokie, IL | $6,000.00 | $6,000.00 | | $4,404.24 | FA |
| 5 Total value is $3,000. Debtors 1/2 interest is $1,500 | $1,500.00 | $1,500.00 | | $1,490.00 | FA |
| Asset Notes: books pictures etc. | | | | | |
| 6 Ordinary wearing apparel | $500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Debtor would exempt, if informed. | | | | | |
| 7 Mens watch and wedding ring | $1,000.00 | $1,000.00 | | $737.50 | FA |
| 8 3 shotguns, 1 rifle, 1 handgun | $1,000.00 | $1,000.00 | | $737.50 | FA |
| 9 Phoenix Life universal life insurance policy no. 97536232 in the amount of $2,000,000 Residuary trust is beneficiary and wife is beneficiary of residuary trust. Cash value is $40,000 | $40,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Wife is beneficiary, no value to estate. | | | | | |
| 10 Whole Life insurance policy - Lincoln National in amount of $1,000,000 Beneficiary David Asplund 2009 Irrevocable Trust, wife is beneficiary of trust. Cash value is $50,000. | $50,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Wife is beneficiary of trust. No value to estate. | | | | | |

Case 13-00177 Doc 74 Filed 09/26/16 Entered 09/26/16 14:16:24 Desc Main
Document Page 4 of 18

Page No: 2
FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES
Exhibit A

| Case No.: | 13-00177 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | ASPLUND, DAVID ROBERT | | Date Filed (f) or Converted (c): | 01/03/2013 (f) |
| For the Period Ending: | 9/24/2016 | | §341(a) Meeting Date: | 02/11/2013 |
| | | | Claims Bar Date: | 06/10/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 11  Debtor's interest is solely as insured under Lincoln National term life insurance policy no. ME7060208 in amount of $705,000. Policy is owned by David Asplund 2009 Irrevocable Trust, wife is beneficiary of trust. | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Wife is beneficiary. No value to estate. | | | | | |
| 12  Guaranty Life term life insurance policy no. GTL1208154 in amount of $100,000. Residuary Trust is benificiary and wife is beneficiary of residuary trust. | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Wife is beneficiary of trust, no value to estate. | | | | | |
| 13  Debtor's interest is solely as insured under Lincoln National universal life insurance policy no. JP5066508 in amount of $1,000,000 Policy is owned by David Asplund 2009 Irrevocable Trust, wife is beneficiary of trust. | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Wife is beneficiary. No value to estate. | | | | | |
| 14  Debtor's interest is solely as insured under All American term life insurance policy no. D0125077 in amount of $1,000,000 Policy is owned by David Asplund 2009 Irrevocable Trust, wife is beneficiary of trust. | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** wife is beneficiary. No value to the estate. | | | | | |
| 15  Presidential term life insurance policy no. 641700 in amount of $50,000 Residuary trust is beneficiary, and wife is beneficiary of residuary trust. | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Wife is beneficiary . No value to estate. | | | | | |

Case 13-00177    Doc 74    Filed 09/26/16    Entered 09/26/16 14:16:24    Desc Main
Document    Page 5 of 18

FORM 1

Page No: 3

Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 13-00177 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | ASPLUND, DAVID ROBERT | Date Filed (f) or Converted (c): | 01/03/2013 (f) |
| For the Period Ending: | 9/24/2016 | §341(a) Meeting Date: | 02/11/2013 |
| | | Claims Bar Date: | 06/10/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 16 | Disability Insurance policies: Guardian/Berkshire Life Diability Insurance no. G-900015 UNUM Disability Insurance Policy no. LAD262908 Lloyds-Midlands Disability Insurance Policy no. 09HSBI4555/307 Aetna Disability Insurance Policy | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Disability ins policy. No value to estate. | | | | | |
| 17 | Rollover IRA at Charles Schwab #8069 Balance as of November 30, 2012 | $67,426.10 | $0.00 | | $0.00 | FA |
| 18 | IRA Rollover Augustine Capital Private Equity Fund, 141 W. Jackson #1792, Chicago, IL Balance as of November 30, 2012 | $201,727.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | No value to estate. | | | | | |
| 19 | Lime Energy 401K Transamerica Retirement Services acct #2000 Balance as of September 30, 2012 | $150,261.70 | $0.00 | | $0.00 | FA |
| Asset Notes: | No value to estate. | | | | | |
| 20 | 250,589 shares of Lime Energy Common Stock. Total value as of December 27, 2012 is $150,353.40 Pledged to Northern Trust Securities, 50 N. LaSalle.Pledged to Northern trust securities. | $150,353.40 | $0.00 | | $0.00 | FA |
| Asset Notes: | Stay lifted 10.21.13, based on 250,000 shares of Lime stock, pledged to Northern Trust as security for loan of $2,000,000.  No value to estate. | | | | | |
| 21 | 91,343 shares Lime Energy Stock Total value as of December 27, 2012 is $54,805.80. Debtors 1/2 interest is $27,402.90 located at Jefferies Securities, 155 N. Wacker, Chicago, IL Acct no. 1994 | $27,402.90 | $27,402.90 | | $17,011.24 | FA |
| 22 | 1,171,172 Lime Energy options at strike prices between $3.11 to $11.13. | $0.00 | $3,880.00 | | $3,880.00 | FA |

**FORM 1**
Exhibit A
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 13-00177 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | ASPLUND, DAVID ROBERT | Date Filed (f) or Converted (c): | 01/03/2013 (f) |
| For the Period Ending: | 9/24/2016 | §341(a) Meeting Date: | 02/11/2013 |
| | | Claims Bar Date: | 06/10/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 23 | 6,250 shares of Digimedical Solutions, Inc. located at Jefferies Securities, 155 N. Wacker, Chicago, IL Acct no. 1994 | $5.00 | $5.00 | | $5.00 | FA |
| 24 | Limited Partnership interest - Augustine Capital Fund | $28,268.00 | $28,268.00 | | $17,500.00 | FA |
| **Asset Notes:** | Interest offered to all investors on 45 day notice. Sale from St. Augustine fund (economic interest) approved 9.29.2015 at $17,500.00 | | | | | |
| 25 | 2008 Toyota Highlander | $22,000.00 | $10,600.00 | | $10,600.00 | FA |
| **Asset Notes:** | NADA valued this vehicle at 13,000+ with 60,000 miles | | | | | |
| 26 | Social Security Disability (u) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | 6.18.13, Mr. Guon informed me that debtor died. No value to estate. | | | | | |
| 27 | Refund | $2,174.50 | $2,174.50 | | $0.00 | FA |
| **Asset Notes:** | Interest of estate to be sold, all non exempt personal property of debtor (refund not exempted) other than i Toyota Highlander ii 45,672 shares of Lime Green stock iii Limited partnership interest of St Augustine Capital Fund at docket 34. | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                                        **Gross Value of Remaining Assets**

|  | $760,594.37 | $88,806.17 | | $63,341.24 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

Added asset 27, 2174.50 tax refund which was included in compromise of all non exempt personal property except I Toyota Highlander ii 45672 shares of Lime Energy Stock iii St Augustine Limited Partnership interest at docket 34.

Mtn to abandon Lime Energy stock withdrawn, amended claim filed.

6.28.16 status cancelled and reset to 7.27.16 at 10:30 am

Must insert admin claims for accountant and attorney and file taxes.

Status, 6.28.16, must approve sale of Lime Energy stock and costs.

Final report status 4.25.16, 680 and motion to approve employment and compensation of East West.

Shares of Lime Green stock to be sold this week by East West. Need motion to approve fee to sell, up to $700.00.

Requested death certificate from Mrs. Asplund to complete sale of Lime Energy stock, now in hands of East West.

Snail mailed executed stock power, new account application and account transfer form to Mr. Coury at East West after providing them by fax or electronically.

Transfer and new account documents completed and provided to East West.

Send transfer documents and stock power documents to A. Guon, for Mrs. Asplund's signature.

Called the Wells Fargo transfer agent for details of what was needed to effect transfer of 6525 shares of Lime Energy only to be told the account has no shares and no check. Wrote e-mail to Bob Dearborn at Lodestar, who gave me the contact information for Wells looking for an explanation.

East West Bank will handle the 50% interest in Lime stock transaction.

Sale of economic interest in St. Augustine LLC approved at $17,500.00. Status 12.29.15

There has been a 1 for 7 reverse split of the 91,343 shares of Lime Energy, of which debtor owned a 50% interest. I am working with Bob Dearborn of Loadstar Investment LLC to obtain the 50% interest.

Mr. Fink expressed interest in offering more for St. Augustine LLC interest, than the fund did.

The St. Augustine Fund LP has offered 5,000.00 to purchase the estate's interest. Since there is little market for this interest other than investors, I offered all of the investors an opportunity better that offer on, 45 days notice. There were no further offers. File notice for approval of this compromise. Obtain value of asset 27 held at Jeffries Securities.

Status call 7.28.15 at 10:30 am.

The 45 day notice period to all investors in Augustine Fund LLP to match the pending bid to purchase debtor's interest expires 4.17.15.

Mr. de 'Medici contacted the attorney for investors re: service of 45 day notice.

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 13-00177 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | ASPLUND, DAVID ROBERT | | Date Filed (f) or Converted (c): | 01/03/2013 (f) |
| For the Period Ending: | 9/24/2016 | | §341(a) Meeting Date: | 02/11/2013 |
| | | | Claims Bar Date: | 06/10/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

Agreed to 45 day notice to all investors in sale of interest in St. Augustine LLP . 9.8.14

Review claims, some entered 4 times since last month. 9.8.14
Mr. de 'Medici will contact Mr. Duszynski re selling Augustine Capital fund stock.  There is only a private market.  6.6.14
Claim #6 secured.

Motion to sell granted.

Speak to attorney for stock company on details require to sell stock. 3.6.14
Spoke to attorney Guon re: this asset file, send demand letter, copy Mr. de 'Medici. 1.13.13

Foley and Lardner represents the largest creditor to one of the companies debtor ran.  Says dtr transferred residence to spouse and has sold the house.  Determine truth of this allegation.

Mr. Guon has made a global offer of 56,000 for all non exempt equity in the case.  I need to evaluate the risk that the Lime stock will not be able to be sold during the black out period, to evaluate the offer.   Schedule conference call to evaluate the risk and the offer.  3.19.13  Spoke to debtor and a member who runs Augustine who said it was an illiquid private equity fund.  Therefore none of the standard metrics apply.

Got new docket entry from bankruptcy court allowing 341 to be concluded without filing another asset notice, filed on 5.10.13.

57,000+ offer has been accepted.

Was informed 6.18.13 that debtor died and that counsel wished a conference  afternoon of 6.18.13.

Last offer withdrawn new offer submitted 8.15.13  Apparently Lime and St Augustine stock can be sold. 8.18.13

Motion to sell property in court  10.7.13

| | | | | |
|---|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/30/2014 | | /s/ HORACE FOX, JR. | |
| **Current Projected Date Of Final Report (TFR):** | 09/30/2016 | | HORACE FOX, JR. | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 13-00177 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | ASPLUND, DAVID ROBERT | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8171 | | | Checking Acct #: | ******7701 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 1/3/2013 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/24/2016 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/27/2013 | | Chase | Account receivables allocated among assets. | * | $9,150.00 | | $9,150.00 |
| | {1} | | $1,918.64 | 1129-000 | | | $9,150.00 |
| | {2} | | $5,057.12 | 1129-000 | | | $9,150.00 |
| | {4} | | $684.24 | 1129-000 | | | $9,150.00 |
| | {5} | | $1,490.00 | 1129-000 | | | $9,150.00 |
| 11/27/2013 | | Chase | Account receivables allocated among assets. | * | $19,680.00 | | $28,830.00 |
| | {25} | | $10,600.00 | 1129-000 | | | $28,830.00 |
| | {23} | | $5.00 | 1129-000 | | | $28,830.00 |
| | {4} | | $3,720.00 | 1129-000 | | | $28,830.00 |
| | {7} | | $737.50 | 1129-000 | | | $28,830.00 |
| | {8} | | $737.50 | 1129-000 | | | $28,830.00 |
| | {22} | | $3,880.00 | 1129-000 | | | $28,830.00 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.50 | $28,825.50 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $45.01 | $28,780.49 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $49.43 | $28,731.06 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $41.87 | $28,689.19 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $43.30 | $28,645.89 |
| 04/01/2014 | 5001 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $24.36 | $28,621.53 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $44.70 | $28,576.83 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $47.60 | $28,529.23 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $43.06 | $28,486.17 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $45.96 | $28,440.21 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $47.37 | $28,392.84 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $42.86 | $28,349.98 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $48.69 | $28,301.29 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $41.25 | $28,260.04 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $45.60 | $28,214.44 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $46.99 | $28,167.45 |
| 02/26/2015 | 5002 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $22.38 | $28,145.07 |
| | | | **SUBTOTALS** | | $28,830.00 | $684.93 | |

| Case No.: | 13-00177 | Trustee Name: | Horace Fox, Jr. |
| --- | --- | --- | --- |
| Case Name: | ASPLUND, DAVID ROBERT | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8171 | Checking Acct #: | ******7701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/3/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/24/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $41.05 | $28,104.02 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $43.90 | $28,060.12 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $43.81 | $28,016.31 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $45.20 | $27,971.11 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $43.68 | $27,927.43 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $47.97 | $27,879.46 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $42.08 | $27,837.38 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $43.47 | $27,793.91 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $46.29 | $27,747.62 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $41.88 | $27,705.74 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $44.70 | $27,661.04 |
| 01/21/2016 | (24) | Augustine Fund LP | pursuant to court order, 9.29.15 | 1129-000 | $17,500.00 | | $45,161.04 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $53.74 | $45,107.30 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $68.09 | $45,039.21 |
| 03/04/2016 | 5003 | Arthur B. Levine Company | bond payment 2016 | 2300-000 | | $32.70 | $45,006.51 |
| 03/11/2016 | (21) | East West Inv. Svcs, Cetera | sale of asset 21, 1/2 Lime Green stock | 1129-000 | $17,011.24 | | $62,017.75 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $99.21 | $61,918.54 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $99.91 | $61,818.63 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $96.53 | $61,722.10 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $96.38 | $61,625.72 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $99.44 | $61,526.28 |

**SUBTOTALS** $34,511.24   $1,130.03

**FORM 2** Page No: 3 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-00177 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | ASPLUND, DAVID ROBERT | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8171 | Checking Acct #: | ******7701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/3/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/24/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | | TOTALS: | $63,341.24 | $1,814.96 | $61,526.28 |
| | | | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | | | Subtotal | $63,341.24 | $1,814.96 | |
| | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | Net | $63,341.24 | $1,814.96 | |

**For the period of 1/3/2013 to 9/24/2016**

| | |
|---|---|
| Total Compensable Receipts: | $63,341.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $63,341.24 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,814.96 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,814.96 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/27/2013 to 9/24/2016**

| | |
|---|---|
| Total Compensable Receipts: | $63,341.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $63,341.24 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,814.96 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,814.96 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 4 Exhibit B
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-00177 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | ASPLUND, DAVID ROBERT | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8171 | Checking Acct #: | ******7701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/3/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/24/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $63,341.24 | $1,814.96 | $61,526.28 |

**For the period of 1/3/2013 to 9/24/2016**

| | |
|---|---|
| Total Compensable Receipts: | $63,341.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $63,341.24 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,814.96 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,814.96 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/03/2013 to 9/24/2016**

| | |
|---|---|
| Total Compensable Receipts: | $63,341.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $63,341.24 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,814.96 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,814.96 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

| Case No.: | 13-00177 | | | | | | | Trustee Name: | | Horace Fox, Jr. | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | ASPLUND, DAVID ROBERT | | | | | | | Date: | | 9/24/2016 | |
| Claims Bar Date: | 06/10/2013 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, JR.<br><br>6 East Monroe<br>Suite 1004<br>Chicago IL 60603 | 05/08/2015 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $6,417.06 | $6,417.06 | $0.00 | $0.00 | $0.00 | $6,417.06 |
| | HORACE FOX, JR.<br><br>6 East Monroe<br>Suite 1004<br>Chicago IL 60603 | 08/10/2016 | Trustee Expense | Allowed | 2200-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | RICHARD P. KIPHART<br><br>c/o Foley & Lardner LLP<br>Attn: Geoffrey S. Goodman<br>321 N. Clark Street, Suite 2800<br>Chicago IL 60654 | 06/07/2013 | Real Estate - Consensual Liens | Amended | 4110-000 | $0.00 | $13,270.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   Object to this secured claim.  Claim secured by 250,589 shares of Lime common stock (pledged to Northern Trust).
Amended claim filed as unsecured 7.25.2016

| | LOIS WEST/POPOWCER KATTEN LTD.<br><br>35 East Wacker Drive<br>Suite 1550<br>Chicago IL 60601 | 08/10/2016 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $1,147.50 | $1,147.50 | $0.00 | $0.00 | $0.00 | $1,147.50 |
| | BRUCE DE 'MEDICI<br><br>834 Forest Street<br>Oak Park IL 60302 | 07/25/2014 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $19,440.00 | $19,440.00 | $0.00 | $0.00 | $0.00 | $19,440.00 |
| | JOHN COURY, AVP FINANCIAL CONSULTANT<br>East West Investment Svcs.<br>9378 Wilshire Blvd, Suite 100<br>Beverly Hills CA 90212 | 05/23/2016 | Other Chapter 7 Administrative Expense | Allowed | 2990-000 | $0.00 | $613.52 | $613.52 | $0.00 | $0.00 | $0.00 | $613.52 |

**Claim Notes:**   Cost to sell stock

| Case No. | 13-00177 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | ASPLUND, DAVID ROBERT | | | Date: | 9/24/2016 |
| Claims Bar Date: | 06/10/2013 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE<br>PO Box 7346<br>Philadelphia PA 19101-7346 | 03/18/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** First claim filed by IRS for 103,706.00 on 3.18.13 amended by second claim filed by IRS in the amount of $0.00, on 4.19.13

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | JAMIE FANG<br><br>Leigh Handelman Smollar<br>c/o Pomerantz Grossman Hufford<br>10 South LaSalle St. #3505<br>Chicago IL 60603 | 05/09/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,000,000.00 | $10,000,000.00 | $0.00 | $0.00 | $0.00 | 10,000,000.00 |
| 3 | WILLIAM EDWARDS<br><br>c/o Leigh Handelman Smollar<br>Pomerantz Grossman Hufford<br>Dahlstrom & G<br>10 S. LaSalle, Suite 3505<br>Chicago IL 60603 | 05/09/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,000,000.00 | $10,000,000.00 | $0.00 | $0.00 | $0.00 | 10,000,000.00 |
| 4 | JEFFREY SATTERFIELD<br><br>lEIGH hANDELMAN sMOLLAR<br>c/o Pomerantz Grossman Hufford<br>10 S. LaSalle St. #3505<br>Chicago IL 60603 | 05/09/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,000,000.00 | $10,000,000.00 | $0.00 | $0.00 | $0.00 | 10,000,000.00 |
| 5 | KEVIN J. FETZER<br><br>Leigh Handelman Smollar<br>c/o Pomerantz Grossman Hufford<br>10 South LaSalle St. #3505<br>Chicago IL 60603 | 05/09/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,000,000.00 | $10,000,000.00 | $0.00 | $0.00 | $0.00 | 10,000,000.00 |

| Case No. | 13-00177 | | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | ASPLUND, DAVID ROBERT | | | | | | | Date: | 9/24/2016 |
| Claims Bar Date: | 06/10/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6a | RICHARD P. KIPHART<br><br>c/o Foley & Lardner LLP<br>Attn: Geoffrey S. Goodman<br>321 N. Clark Street, Suite 2800<br>Chicago IL 60654 | 06/07/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,892,320.54 | $1,892,320.54 | $0.00 | $0.00 | $0.00 | $1,892,320.54 |

**Claim Notes:** Amended, 72.16

| | | | | | | $41,933,209.45 | $41,919,938.62 | $0.00 | $0.00 | $0.00 | 41,919,938.62 |

| **Case No.** | 13-00177 | **Trustee Name:** | Horace Fox, Jr. |
|---|---|---|---|
| **Case Name:** | ASPLUND, DAVID ROBERT | **Date:** | 9/24/2016 |
| **Claims Bar Date:** | 06/10/2013 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) | $1,147.50 | $1,147.50 | $0.00 | $0.00 | $0.00 | $1,147.50 |
| Attorney for Trustee Fees (Other Firm) | $19,440.00 | $19,440.00 | $0.00 | $0.00 | $0.00 | $19,440.00 |
| General Unsecured 726(a)(2) | $41,892,320.54 | $41,892,320.54 | $0.00 | $0.00 | $0.00 | $41,892,320.54 |
| Other Chapter 7 Administrative Expense | $613.52 | $613.52 | $0.00 | $0.00 | $0.00 | $613.52 |
| Real Estate - Consensual Liens | $13,270.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $6,417.06 | $6,417.06 | $0.00 | $0.00 | $0.00 | $6,417.06 |
| Trustee Expense | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       13-00177
Case Name:      DAVID ROBERT ASPLUND
Trustee Name:   Horace Fox, Jr.

Balance on hand:       $61,526.28

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 6 | Richard P. Kiphart | $13,270.83 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:       $0.00
Remaining balance:       $61,526.28

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $6,417.06 | $0.00 | $6,417.06 |
| Bruce de 'Medici, Attorney for Trustee Fees | $19,440.00 | $0.00 | $19,440.00 |
| LOIS WEST/POPOWCER KATTEN LTD., Accountant for Trustee Fees | $1,147.50 | $0.00 | $1,147.50 |
| Other: John Coury, AVP Financial Consultant, Other Chapter 7 Administrative Expenses | $613.52 | $0.00 | $613.52 |

Total to be paid for chapter 7 administrative expenses:       $27,618.08
Remaining balance:       $33,908.20

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:       $0.00
Remaining balance:       $33,908.20

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

**UST Form 101-7-TFR (5/1/2011)**

Allowed priority claims are: NONE

                    Total to be paid to priority claims:     $0.00
                    Remaining balance:     $33,908.20

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $41,892,320.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $0.00 | $0.00 | $0.00 |
| 2 | Jamie Fang | $10,000,000.00 | $0.00 | $8,094.14 |
| 3 | William Edwards | $10,000,000.00 | $0.00 | $8,094.13 |
| 4 | Jeffrey Satterfield | $10,000,000.00 | $0.00 | $8,094.13 |
| 5 | Kevin J. Fetzer | $10,000,000.00 | $0.00 | $8,094.13 |
| 6a | Richard P. Kiphart | $1,892,320.54 | $0.00 | $1,531.67 |

                    Total to be paid to timely general unsecured claims:     $33,908.20
                    Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

                    Total to be paid to tardily filed general unsecured claims:     $0.00
                    Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**