UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-00177 |
| | § | |
| DAVID ROBERT ASPLUND | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 am on 10/25/2016, in Courtroom 682, United States Courthouse, 219 s Dearborn, Room 713, Chicago, IL 60604 . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/3/2016           By: /s/ Horace Fox, Jr.
                                     Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 13-00177 |
|---|---|---|
| DAVID ROBERT ASPLUND | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $63,341.24
*and approved disbursements of*                $1,814.96
*leaving a balance on hand of[1]:*             $61,526.28

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 6 | Richard P. Kiphart | $13,270.83 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:   $0.00
Remaining balance:   $61,526.28

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $6,417.06 | $0.00 | $6,417.06 |
| Bruce de 'Medici, Attorney for Trustee Fees | $19,440.00 | $0.00 | $19,440.00 |
| LOIS WEST/POPOWCER KATTEN LTD., Accountant for Trustee Fees | $1,147.50 | $0.00 | $1,147.50 |
| Other: John Coury, AVP Financial Consultant, Other Chapter 7 Administrative Expenses | $613.52 | $0.00 | $613.52 |

Total to be paid for chapter 7 administrative expenses:   $27,618.08

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

|  | Remaining balance: | $33,908.20 |
|---|---|---|

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $33,908.20 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $33,908.20 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $41,892,320.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $0.00 | $0.00 | $0.00 |
| 2 | Jamie Fang | $10,000,000.00 | $0.00 | $8,094.14 |
| 3 | William Edwards | $10,000,000.00 | $0.00 | $8,094.13 |
| 4 | Jeffrey Satterfield | $10,000,000.00 | $0.00 | $8,094.13 |
| 5 | Kevin J. Fetzer | $10,000,000.00 | $0.00 | $8,094.13 |
| 6a | Richard P. Kiphart | $1,892,320.54 | $0.00 | $1,531.67 |

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $33,908.20 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ Horace Fox, Jr.
                       Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

## CERTIFICATE OF SERVICE

     I, Horace Fox, an attorney who is licensed in the State of Illinois, certify that on October 3, 2016, I served the foregoing NOTICE OF TRUSTEE'S FINAL REPORT, APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT upon the following by e-mail at the addresses listed below and the following parties by first class mail, by depositing same in the US Mail at State and Monroe, Chicago, Illinois

     /s/ Horace Fox

By e-mail:

Office of the US Trustee
USTPRegion11.es.ecf@usdoj.gov

Allen Guon, Shaw, Fishman Glantz & Towbin LLC
aguon@shawfishman.com

Geoffrey Goodman, Foley & Lardner LLP
ggoodman@foley.com

Commonwealth Edison
legalcollections@comed.com

Bruce de 'Medici
bdemedici@kelleykronenberg.com


By first class mail

David Asplund
161 E. Chicago Ave., #58K2
Chicago IL 60611-2601

2

**Creditors Served by First Class Mail**

| | |
|---|---|
| Affiliated Radiologists<br>S.C. Dept 4104<br>Carol Stream, IL 60122-4104 | AT&T<br>PO Box 6416<br>Carol Stream, IL 60197-6416 |
| Charles Blair<br>Levin Schreder & Carey Ltd.<br>120 N. LaSalle St, 38th Fl<br>Chicago, IL 60602 | Citigold Services<br>PO Box 769007<br>San Antonio, TX 78245 |
| Comcast<br>PO Box 3002<br>Southeastern, PA 19398-3002 | ComEd<br>PO Box 6111<br>Carol Stream, IL 60197-6111 |
| Dr. Phil Cook<br>1515 Sheridan Rd<br>Wilmette, IL 60091 | Elizabeth Lin<br>The Lin Law Firm<br>2705 S. Diamond Bar Blvd. #398<br>Diamond Bar, CA 91765 |
| Gary Schwartz<br>8707 Skokie Boulevard #400<br>Skokie, IL 60077 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60644-0338 |

| | |
|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | James L. Clausen<br>c/o Saxena White P.A.<br>2424 N. Federal Highway #257<br>Boca Raton, FL 33431 |
| Jamie Fang<br>Leigh Handelman Smollar<br>c/o Pomerantz Grossman Hufford<br>10 South LaSalle St. #3505<br>Chicago, IL 60603 | Jeffrey Satterfield<br>Leigh Handelman Smollar<br>c/o Pomerantz Grossman Hufford<br>10 S. LaSalle St. #3505<br>Chicago, IL 60603 |
| Kevin J. Fetzer<br>Leigh Handelman Smollar<br>c/o Pomerantz Grossman Hufford<br>10 South LaSalle St. #3505<br>Chicago, IL 60603 | Lionel Z. Glancy<br>Glancy Binkow & Goldberg LLP<br>1925 Century Park East #2100<br>Los Angeles, CA 90067 |
| Melanie E. Walker<br>Sidley Austin LLP<br>One S. Dearborn St.<br>Chicago, IL 60603 | Northern Trust Co.<br>Credit Admin Team IL-DC-BB-11<br>50 S. LaSalle St.<br>Chicago, IL 60606 |
| Northwestern Memorial Hospital<br>251 Huron St.<br>Chicago, IL 60611 | Primemail<br>PO Box 650041<br>Dallas, TX 75265 |
| Ray Galbraith<br>c/o Wolf Haldenstein Adler<br>55 West Monroe St. #1111<br>Chicago, IL 60603 | Richard Kuberski<br>c/o Susman Heffner & Hurst LLP<br>30 N. LaSalle St. #1210<br>Chicago, IL 60602 |
| Richard P. Kiphart<br>c/o Foley & Lardner LLP<br>Attn: Geoffrey S. Goodman<br>321 N. Clark Street, Suite 2800<br>Chicago, IL 60654 | Richard P. Kiphart<br>222 W. Adams St.<br>Chicago, IL 60606 |
| Rush University Medical Center<br>1700 W Van Buren St.<br>Ste 161 TOB<br>Chicago, IL 60612 | Rush University Medical Center<br>1653 W. Congress Parkway<br>Attn: Billing Department<br>Chicago, IL 60612 |
| The Rosen Law Firm, P.A.<br>275 Madison Ave<br>34th Floor<br>New York, NY 10016 | Village of Wilmette<br>PO Box 457<br>Wheeling, IL 60090 |
| William Edwards<br>c/o Leigh Handelman Smollar<br>Pomerantz Grossman Hufford<br>10 S. LaSalle, Suite 3505<br>Chicago, IL 60603 | |