**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-00177 |
| | § | |
| DAVID ROBERT ASPLUND | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $152,527.91 | Assets Exempt: | $516,314.80 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $34,521.72 | Claims Discharged Without Payment: | $41,869,559.12 |
| Total Expenses of Administration: | $28,819.52 | | |

3)   Total gross receipts of $63,341.24  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $63,341.24 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $2,000,000.00 | $13,270.83 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $28,819.52 | $28,819.52 | $28,819.52 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $11,760.30 | $41,892,320.54 | $41,892,320.54 | $34,521.72 |
| **Total Disbursements** | $2,011,760.30 | $41,934,410.89 | $41,921,140.06 | $63,341.24 |

4). This case was originally filed under chapter 7 on 01/03/2013. The case was pending for 59 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/14/2017         By:   /s/ Horace Fox, Jr.
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 1,171,172 Lime Energy options at strike prices between $3.11 to $11.13. | 1129-000 | $3,880.00 |
| 2008 Toyota Highlander | 1129-000 | $10,600.00 |
| 3 shotguns, 1 rifle, 1 handgun | 1129-000 | $737.50 |
| 6,250 shares of Digimedical Solutions, Inc. located at Jefferies Securities, 155 N. Wacker, Chicago, IL Acct no. 1994 | 1129-000 | $5.00 |
| 91,343 shares Lime Energy Stock Total value as of December 27, 2012 is $54,805.80. Debtors 1/2 interest is $27,402.90 lo | 1129-000 | $17,011.24 |
| Citbank checking account no. 4550 Total balance as of January 1, 2013 is $3,837.28. Debtors 1/2 interest is $1,918.64. | 1129-000 | $1,918.64 |
| Citibank Plus Savings account no. 7771 Total balance as of January 1, 2013 is $18,114.25. Debtors 1/2 interest is $9,057 | 1129-000 | $5,057.12 |
| Limited Partnership interest - Augustine Capital Fund | 1129-000 | $17,500.00 |
| Mens watch and wedding ring | 1129-000 | $737.50 |
| Total value is $3,000. Debtors 1/2 interest is $1,500 | 1129-000 | $1,490.00 |
| TV, furniture, computers Total value is $12,000. Debtors 1/2 interest is $6,000 Location: 161 E. Chicago Ave #58K2, Chic | 1129-000 | $4,404.24 |
| **TOTAL GROSS RECEIPTS** | | **$63,341.24** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Richard P. Kiphart | 4110-000 | $0.00 | $13,270.83 | $0.00 | $0.00 |
|  | Northern Trust Co. | 4110-000 | $2,000,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$2,000,000.00** | **$13,270.83** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $6,417.06 | $6,417.06 | $6,417.06 |
| Arthur B. Levine Company | 2300-000 | NA | $55.08 | $55.08 | $55.08 |

| | | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | $24.36 | $24.36 | $24.36 |
| Green Bank | 2600-000 | NA | $1,735.52 | $1,735.52 | $1,735.52 |
| Bruce de 'Medici, Attorney for Trustee | 3210-000 | NA | $19,440.00 | $19,440.00 | $19,440.00 |
| LOIS WEST/POPOWCER KATTEN LTD., Accountant for Trustee | 3410-000 | NA | $1,147.50 | $1,147.50 | $1,147.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $28,819.52 | $28,819.52 | $28,819.52 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | Jamie Fang | 7100-000 | $0.00 | $10,000,000.00 | $10,000,000.00 | $8,240.59 |
| 3 | William Edwards | 7100-000 | $0.00 | $10,000,000.00 | $10,000,000.00 | $8,240.59 |
| 4 | Jeffrey Satterfield | 7100-000 | $0.00 | $10,000,000.00 | $10,000,000.00 | $8,240.58 |
| 5 | Kevin J. Fetzer | 7100-000 | $0.00 | $10,000,000.00 | $10,000,000.00 | $8,240.58 |
| 6a | Estate of Richard P. Kiphart | 7100-000 | $0.00 | $1,892,320.54 | $1,892,320.54 | $1,531.67 |
| | CLERK, U.S. BANKRUPTCY COURT (Claim No. 6a; Estate of Richard P. Kiphart) | 7100-001 | $0.00 | $0.00 | $0.00 | $27.71 |
| | Affiliated Radiologists | 7100-000 | $1,760.05 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| AT&T | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Charles Blair | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Citigold Services | 7100-000 | $6,318.00 | $0.00 | $0.00 | $0.00 |
| Comcast | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| ComEd | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Dr. Phil Cook | 7100-000 | $1,200.00 | $0.00 | $0.00 | $0.00 |
| Gary Schwartz | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| James L. Clausen | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Northwestern Memorial Hospital | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Primemail | 7100-000 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| Ray Galbraith | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Rush University Medical Center | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Village of Wilmette | 7100-000 | $482.25 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $11,760.30 | $41,892,320.54 | $41,892,320.54 | $34,521.72 |

**UST Form 101-7-TDR (10/1/2010)**

Page No: 1

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No.: | 13-00177 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | ASPLUND, DAVID ROBERT | | Date Filed (f) or Converted (c): | 01/03/2013 (f) |
| For the Period Ending: | 12/14/2017 | | §341(a) Meeting Date: | 02/11/2013 |
| | | | Claims Bar Date: | 06/10/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Citbank checking account no. 4550 Total balance as of January 1, 2013 is $3,837.28. Debtors 1/2 interest is $1,918.64. | $1,918.64 | $1,918.64 | | $1,918.64 | FA |
| 2 | Citibank Plus Savings account no. 7771 Total balance as of January 1, 2013 is $18,114.25. Debtors 1/2 interest is $9,057.12 | $9,057.12 | $5,057.12 | | $5,057.12 | FA |
| 3 | Citbank savings account no. 3337 | $0.01 | $0.01 | | $0.00 | FA |
| 4 | TV, furniture, computers Total value is $12,000. Debtors 1/2 interest is $6,000 Location: 161 E. Chicago Ave #58K2, Chicago IL 60611 and Public Storage, 8220 Skokie Boulevard, Skokie, IL | $6,000.00 | $6,000.00 | | $4,404.24 | FA |
| 5 | Total value is $3,000. Debtors 1/2 interest is $1,500 | $1,500.00 | $1,500.00 | | $1,490.00 | FA |
| Asset Notes: | books pictures etc. | | | | | |
| 6 | Ordinary wearing apparel | $500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Debtor would exempt, if informed. | | | | | |
| 7 | Mens watch and wedding ring | $1,000.00 | $1,000.00 | | $737.50 | FA |
| 8 | 3 shotguns, 1 rifle, 1 handgun | $1,000.00 | $1,000.00 | | $737.50 | FA |
| 9 | Phoenix Life universal life insurance policy no. 97536232 in the amount of $2,000,000 Residuary trust is beneficiary and wife is beneficiary of residuary trust. Cash value is $40,000 | $40,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Wife is beneficiary, no value to estate. | | | | | |
| 10 | Whole Life insurance policy - Lincoln National in amount of $1,000,000 Beneficiary David Asplund 2009 Irrevocable Trust, wife is beneficiary of trust. Cash value is $50,000. | $50,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Wife is beneficiary of trust. No value to estate. | | | | | |

Case 13-00177    Doc 104    Filed 01/16/18    Entered 01/16/18 14:40:30    Desc Main
Document      Page 7 of 16

FORM 1

Page No: 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No.: | 13-00177 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | ASPLUND, DAVID ROBERT | | Date Filed (f) or Converted (c): | 01/03/2013 (f) |
| For the Period Ending: | 12/14/2017 | | §341(a) Meeting Date: | 02/11/2013 |
| | | | Claims Bar Date: | 06/10/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 11 Debtor's interest is solely as insured under Lincoln National term life insurance policy no. ME7060208 in amount of $705,000. Policy is owned by David Asplund 2009 Irrevocable Trust, wife is beneficiary of trust. | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Wife is beneficiary. No value to estate. | | | | | |
| 12 Guaranty Life term life insurance policy no. GTL1208154 in amount of $100,000. Residuary Trust is benificiary and wife is beneficiary of residuary trust. | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Wife is beneficiary of trust, no value to estate. | | | | | |
| 13 Debtor's interest is solely as insured under Lincoln National universal life insurance policy no. JP5066508 in amount of $1,000,000 Policy is owned by David Asplund 2009 Irrevocable Trust, wife is beneficiary of trust. | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Wife is beneficiary. No value to estate. | | | | | |
| 14 Debtor's interest is solely as insured under All American term life insurance policy no. D0125077 in amount of $1,000,000 Policy is owned by David Asplund 2009 Irrevocable Trust, wife is beneficiary of trust. | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** wife is beneficiary. No value to the estate. | | | | | |
| 15 Presidential term life insurance policy no. 641700 in amount of $50,000 Residuary trust is beneficiary, and wife is beneficiary of residuary trust. | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Wife is beneficiary . No value to estate. | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 13-00177 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | ASPLUND, DAVID ROBERT | | Date Filed (f) or Converted (c): | 01/03/2013 (f) |
| For the Period Ending: | 12/14/2017 | | §341(a) Meeting Date: | 02/11/2013 |
| | | | Claims Bar Date: | 06/10/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 16  Disability Insurance policies: Guardian/Berkshire Life Diability Insurance no. G-900015 UNUM Disability Insurance Policy no. LAD262908 Lloyds-Midlands Disability Insurance Policy no. 09HSBI4555/307 Aetna Disability Insurance Policy | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Disability ins policy. No value to estate. | | | | | |
| 17  Rollover IRA at Charles Schwab #8069 Balance as of November 30, 2012 | $67,426.10 | $0.00 | | $0.00 | FA |
| 18  IRA Rollover Augustine Capital Private Equity Fund, 141 W. Jackson #1792, Chicago, IL Balance as of November 30, 2012 | $201,727.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  No value to estate. | | | | | |
| 19  Lime Energy 401K Transamerica Retirement Services acct #2000 Balance as of September 30, 2012 | $150,261.70 | $0.00 | | $0.00 | FA |
| Asset Notes:  No value to estate. | | | | | |
| 20  250,589 shares of Lime Energy Common Stock. Total value as of December 27, 2012 is $150,353.40 Pledged to Northern Trust Securities, 50 N. LaSalle.Pledged to Northern trust securities. | $150,353.40 | $0.00 | | $0.00 | FA |
| Asset Notes:  Stay lifted 10.21.13, based on 250,000 shares of Lime stock, pledged to Northern Trust as security for loan of $2,000,000.  No value to estate. | | | | | |
| 21  91,343 shares Lime Energy Stock Total value as of December 27, 2012 is $54,805.80. Debtors 1/2 interest is $27,402.90 located at Jefferies Securities, 155 N. Wacker, Chicago, IL Acct no. 1994 | $27,402.90 | $27,402.90 | | $17,011.24 | FA |
| 22  1,171,172 Lime Energy options at strike prices between $3.11 to $11.13. | $0.00 | $3,880.00 | | $3,880.00 | FA |

Case 13-00177    Doc 104    Filed 01/16/18    Entered 01/16/18 14:40:30    Desc Main
Document    Page 9 of 16

Page No: 4

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No.: | 13-00177 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | ASPLUND, DAVID ROBERT | | Date Filed (f) or Converted (c): | 01/03/2013 (f) |
| For the Period Ending: | 12/14/2017 | | §341(a) Meeting Date: | 02/11/2013 |
| | | | Claims Bar Date: | 06/10/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 23 | 6,250 shares of Digimedical Solutions, Inc. located at Jefferies Securities, 155 N. Wacker, Chicago, IL Acct no. 1994 | $5.00 | $5.00 | | $5.00 | FA |
| 24 | Limited Partnership interest - Augustine Capital Fund | $28,268.00 | $28,268.00 | | $17,500.00 | FA |
| Asset Notes: | Interest offered to all investors on 45 day notice. Sale from St. Augustine fund (economic interest) approved  9.29.2015 at  $17,500.00 | | | | | |
| 25 | 2008 Toyota Highlander | $22,000.00 | $10,600.00 | | $10,600.00 | FA |
| Asset Notes: | NADA valued this vehicle at 13,000+ with 60,000 miles | | | | | |
| 26 | Social Security Disability         (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | 6.18.13, Mr. Guon informed me that debtor died. No value to estate. | | | | | |
| 27 | Refund | $2,174.50 | $2,174.50 | | $0.00 | FA |
| Asset Notes: | Interest of estate to be sold, all non exempt personal property of debtor (refund not exempted) other than i Toyota Highlander ii 45,672 shares of Lime Green stock iii Limited partnership interest of St Augustine Capital Fund at docket 34. | | | | | |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** | |
| $760,594.37 | | $88,806.17 | | $63,341.24 | $0.00 |

---

**Major Activities affecting case closing:**

11.21.17 balance of account 27.71 sent to Clerk.

Wrote two e-mails to Mr. Ludwig regarding the Satterfield uncashed check which was sent to his firm care of Ms. Smollar. Several checks 5013-5016 were addressed to Ms Smaollar.

Also contacted Geoff Goodman of the Foley firm to whom a check was sent regarding the claim of a deceased claimant (Kiphart) that remains in the hands of Goodman who has not gotten cooperation from the Kiphart estate attorney. I have not gotten a response from the administrator of the Kiphart estate (same last name as Kiphart.

Status 9.26.17 final account.

Proposed distribution to UST (613.52).

Kiphart executor's motion to withdraw funds up in court. No objection

Cashier's check to bk clerk $1531.67 uncollected funds. Check, that amount previously sent to attorney for creditor Kiphart who died. Attorney said he was waiting instructions from Kiphart estate. 90 + days after death no instructions from probate estate, there fore funds sent to Clerk from which attorney can  be retrieved  them.

Confirmed with Green Bank that Kiphart check in amount of 1531.67 had not been cashed prior to stopping that check.

Mr. Kiphart has died, I was informed by Mr. Goodman, his attorney, who is awaiting instructions from his estate. Mr. Goodman surmises the check will have to be stopped and reissued.

Coury check returned (613.52 )he was paid at time of stock sale (less than 700 pre approved amount)  redistribute to remaining creditors. Kiphart check not cashed (written 11.1.2016)  2.1.17 stop pay, deposit cashiers funds with the clerk.

Status 1.31.17, 10:30 am
Final report in court 10.25.16
Corrected NFR and TFR, 9.24.16.

Added asset 27, 2174.50 tax refund which was included in compromise of all non exempt personal property except I Toyota Highlander ii 45672 shares of Lime Energy Stock iii St Augustine Limited Partnership interest at docket 34.

Mtn to abandon Lime Energy stock withdrawn, amended claim filed.

6.28.16 status cancelled and reset to 7.27.16 at 10:30 am

Case 13-00177   Doc 104   Filed 01/16/18   Entered 01/16/18 14:40:30   Desc Main
Document      Page 10 of 16

FORM 1

Page No: 5

Exhibit 8

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 13-00177 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | ASPLUND, DAVID ROBERT | | | Date Filed (f) or Converted (c): | 01/03/2013 (f) |
| For the Period Ending: | 12/14/2017 | | | §341(a) Meeting Date: | 02/11/2013 |
| | | | | Claims Bar Date: | 06/10/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

Must insert admin claims for accountant and attorney and file taxes.

Status, 6.28.16, must approve sale of Lime Energy stock and costs.

Final report status  4.25.16, 680 and motion to approve employment and compensation  of East West.

Shares of Lime Green stock to be sold this week by East West.   Need motion to approve fee to sell, up to $700.00.

Requested death certificate from Mrs. Asplund to complete sale of Lime Energy stock, now in hands of East West.

Snail mailed executed stock power, new account application and account transfer form to Mr. Coury at East West after providing them by fax or electronically.

Transfer and new account documents completed and provided to East West.

Send transfer documents and stock power documents to A. Guon, for Mrs. Asplund's signature.

Called the Wells Fargo transfer agent for details of what was needed to effect transfer of 6525 shares of Lime Energy only to be told the account has no shares and no check.  Wrote e-mail to Bob Dearborn at Lodestar, who gave me the contact information for Wells looking for an explanation. East West Bank will handle the 50% interest in Lime stock transaction.

Sale of economic interest in St. Augustine LLC approved at $17,500.00.  Status 12.29.15

There has been a 1 for 7 reverse split of the 91,343 shares of Lime Energy, of which debtor owned a 50% interest.  I am working with Bob Dearborn of Loadstar Investment LLC to obtain the 50% interest.

Mr. Fink expressed interest in offering more for St. Augustine LLC interest, than the fund did.

The St. Augustine Fund LP has offered 5,000.00 to purchase the estate's interest.  Since there is little market for this interest other than investors, I offered all of the investors an opportunity better that offer on, 45 days notice.  There were no further offers.  File notice for approval of this compromise.  Obtain value of asset 27 held at Jeffries Securities.

Status call 7.28.15 at 10:30 am.

The 45 day notice period to all investors in Augustine Fund LLP to match the pending bid to purchase debtor's interest expires 4.17.15.

Mr. de 'Medici contacted the attorney for investors re: service of 45 day notice.

Agreed to 45 day notice to all investors in sale of interest in St.  Augustine LLP . 9.8.14

Review claims, some entered 4 times since last month. 9.8.14

Mr. de 'Medici will contact Mr. Duszynski re selling Augustine Capital fund stock.  There is only a private market.  6.6.14

Claim #6 secured.

Motion to sell granted.

Speak to attorney for stock company on details require to sell stock. 3.6.14

Spoke to attorney Guon re: this asset file, send demand letter, copy Mr. de 'Medici. 1.13.13

Foley and Lardner represents the largest creditor to one of the companies debtor ran.  Says dtr transferred residence to spouse and has sold the house. Determine truth of this allegation.

Mr. Guon has made a global offer of 56,000 for all non exempt equity in the case.  I need to evaluate the risk that the Lime stock will not be able to be sold during the black out period, to evaluate the offer.   Schedule conference call to evaluate the risk and the offer. 3.19.13  Spoke to debtor and a member who runs Augustine who said it was an illiquid private equity fund.  Therefore none of the standard metrics apply.

Got new docket entry from bankruptcy court allowing 341 to be concluded without filing another asset notice, filed on 5.10.13.

57,000+ offer has been accepted.

Was informed 6.18.13 that debtor died and that counsel wished a conference  afternoon of 6.18.13.

Last offer withdrawn new offer submitted 8.15.13  Apparently Lime and St Augustine stock can be sold. 8.18.13

Motion to sell property in court  10.7.13

FORM 1

Page No: 6

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

Exhibit 8

ASSET CASES

| Case No.: | 13-00177 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | ASPLUND, DAVID ROBERT | | Date Filed (f) or Converted (c): | 01/03/2013 (f) |
| For the Period Ending: | 12/14/2017 | | §341(a) Meeting Date: | 02/11/2013 |
| | | | Claims Bar Date: | 06/10/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/30/2014 |
| **Current Projected Date Of Final Report (TFR):** | 09/30/2016 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 13-00177 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | ASPLUND, DAVID ROBERT | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8171 | | | Checking Acct #: | ******7701 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 1/3/2013 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/14/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/27/2013 | | Chase | Account receivables allocated among assets. | * | $9,150.00 | | $9,150.00 |
| | {1} | | $1,918.64 | 1129-000 | | | $9,150.00 |
| | {2} | | $5,057.12 | 1129-000 | | | $9,150.00 |
| | {4} | | $684.24 | 1129-000 | | | $9,150.00 |
| | {5} | | $1,490.00 | 1129-000 | | | $9,150.00 |
| 11/27/2013 | | Chase | Account receivables allocated among assets. | * | $19,680.00 | | $28,830.00 |
| | {25} | | $10,600.00 | 1129-000 | | | $28,830.00 |
| | {23} | | $5.00 | 1129-000 | | | $28,830.00 |
| | {4} | | $3,720.00 | 1129-000 | | | $28,830.00 |
| | {7} | | $737.50 | 1129-000 | | | $28,830.00 |
| | {8} | | $737.50 | 1129-000 | | | $28,830.00 |
| | {22} | | $3,880.00 | 1129-000 | | | $28,830.00 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.50 | $28,825.50 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $45.01 | $28,780.49 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $49.43 | $28,731.06 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $41.87 | $28,689.19 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $43.30 | $28,645.89 |
| 04/01/2014 | 5001 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $24.36 | $28,621.53 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $44.70 | $28,576.83 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $47.60 | $28,529.23 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $43.06 | $28,486.17 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $45.96 | $28,440.21 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $47.37 | $28,392.84 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $42.86 | $28,349.98 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $48.69 | $28,301.29 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $41.25 | $28,260.04 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $45.60 | $28,214.44 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $46.99 | $28,167.45 |
| 02/26/2015 | 5002 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $22.38 | $28,145.07 |
| | | | **SUBTOTALS** | | $28,830.00 | $684.93 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-00177 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | ASPLUND, DAVID ROBERT | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8171 | | | Checking Acct #: | ******7701 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 1/3/2013 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/14/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $41.05 | $28,104.02 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $43.90 | $28,060.12 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $43.81 | $28,016.31 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $45.20 | $27,971.11 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $43.68 | $27,927.43 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $47.97 | $27,879.46 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $42.08 | $27,837.38 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $43.47 | $27,793.91 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $46.29 | $27,747.62 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $41.88 | $27,705.74 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $44.70 | $27,661.04 |
| 01/21/2016 | (24) | Augustine Fund LP | pursuant to court order, 9.29.15 | 1129-000 | $17,500.00 | | $45,161.04 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $53.74 | $45,107.30 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $68.09 | $45,039.21 |
| 03/04/2016 | 5003 | Arthur B. Levine Company | bond payment 2016 | 2300-000 | | $32.70 | $45,006.51 |
| 03/11/2016 | (21) | East West Inv. Svcs, Cetera | sale of asset 21, 1/2 Lime Green stock | 1129-000 | $17,011.24 | | $62,017.75 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $99.21 | $61,918.54 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $99.91 | $61,818.63 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $96.53 | $61,722.10 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $96.38 | $61,625.72 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $99.44 | $61,526.28 |
| 11/01/2016 | 5004 | LOIS WEST/POPOWCER KATTEN LTD. | Final Account Number: ; Claim #: ; Dividend: 1.86; Amount Allowed: 1,147.50; Notes: ; Account Number: ; Distribution Dividend: {$v | 3410-000 | | $1,147.50 | $60,378.78 |
| 11/01/2016 | 5005 | Bruce de 'Medici | Final Account Number: ; Claim #: ; Dividend: 31.59; Amount Allowed: 19,440.00; Notes: ; Account Number: ; Distribution Dividend: {$v | 3210-000 | | $19,440.00 | $40,938.78 |
| 11/01/2016 | 5006 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $6,417.06 | $34,521.72 |

**SUBTOTALS** $34,511.24 $28,134.59

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3     Exhibit 9

| Case No. | 13-00177 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | ASPLUND, DAVID ROBERT | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8171 | | | Checking Acct #: | ******7701 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 1/3/2013 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/14/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/01/2016 | 5007 | John Coury, AVP Financial Consultant | Final Account Number: ; Claim #: ; Dividend: 0.99; Amount Allowed: 613.52; Notes: Cost to sell stock; Account Number: ; Distribution Dividend: {$v | 2990-000 | | $613.52 | $33,908.20 |
| 11/01/2016 | 5008 | Jamie Fang | Final Account Number: ; Claim #: 2; Dividend: 13.15; Amount Allowed: 10,000,000.00; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $8,094.14 | $25,814.06 |
| 11/01/2016 | 5009 | William Edwards | Final Account Number: ; Claim #: 3; Dividend: 13.15; Amount Allowed: 10,000,000.00; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $8,094.13 | $17,719.93 |
| 11/01/2016 | 5010 | Jeffrey Satterfield | Final Account Number: ; Claim #: 4; Dividend: 13.15; Amount Allowed: 10,000,000.00; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $8,094.13 | $9,625.80 |
| 11/01/2016 | 5011 | Kevin J. Fetzer | Final Account Number: ; Claim #: 5; Dividend: 13.15; Amount Allowed: 10,000,000.00; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $8,094.13 | $1,531.67 |
| 11/01/2016 | 5012 | Richard P. Kiphart | stopped 2.25.17, paid cashiers check to clk BK Court | 7100-003 | | $1,531.67 | $0.00 |
| 01/12/2017 | 5007 | VOID: John Coury, AVP Financial Consultant | Void of Check# 5007 | 2990-000 | | ($613.52) | $613.52 |
| 02/25/2017 | 5012 | STOP PAYMENT: Richard P. Kiphart | Stop Payment for Check# 5012 | 7100-004 | | ($1,531.67) | $2,145.19 |
| 07/11/2017 | | Richard P. Kiphart | stopped 2.25.17, paid cashiers check to clk BK Court 1531.67 placed with clerk. Check that amount cashiers to clerk | 7100-000 | | $1,531.67 | $613.52 |
| 07/18/2017 | 5013 | Jamie Fang | Final Account Number: ; Claim #: 2; Dividend: 23.87; Amount Allowed: 10,000,000.00; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $146.45 | $467.07 |
| 07/18/2017 | 5014 | William Edwards | Final Account Number: ; Claim #: 3; Dividend: 23.87; Amount Allowed: 10,000,000.00; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $146.46 | $320.61 |
| 07/18/2017 | 5015 | Jeffrey Satterfield | Final Account Number: ; Claim #: 4; Dividend: 23.87; Amount Allowed: 10,000,000.00; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $146.45 | $174.16 |
| | | | **SUBTOTALS** | | $0.00 | $34,347.56 | |

Page No: 4     Exhibit 9

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-00177 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | ASPLUND, DAVID ROBERT | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8171 | | | Checking Acct #: | ******7701 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 1/3/2013 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/14/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/18/2017 | 5016 | Kevin J. Fetzer | Final Account Number: ; Claim #: 5; Dividend: 23.87; Amount Allowed: 10,000,000.00; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $146.45 | $27.71 |
| 07/18/2017 | 5017 | Estate of Richard P. Kiphart | Final Account Number: ; Claim #: 6; Dividend: 4.51; Amount Allowed: 1,892,320.54; Notes: Amended, 72.16; Account Number: ; Distribution Dividend: {$v | 7100-003 | | $27.71 | $0.00 |
| 10/05/2017 | 5015 | STOP PAYMENT: Jeffrey Satterfield | Stop Payment for Check# 5015 | 7100-004 | | ($146.45) | $146.45 |
| 10/05/2017 | 5017 | STOP PAYMENT: Estate of Richard P. Kiphart | Stop Payment for Check# 5017 | 7100-004 | | ($27.71) | $174.16 |
| 10/05/2017 | 5018 | Jeffrey Satterfield | Final Account Number: ; Claim #: 4; Dividend: 23.87; Amount Allowed: 10,000,000.00; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $146.45 | $27.71 |
| 12/08/2017 | | CLERK, U.S. BANKRUPTCY COURT | Unclaimed Dividends | 7100-001 | | $27.71 | $0.00 |

|  |  |  |
|---|---|---|
| TOTALS: | $63,341.24 | $63,341.24 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $63,341.24 | $63,341.24 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $63,341.24 | $63,341.24 | |

**For the period of 1/3/2013 to 12/14/2017**

| | |
|---|---|
| Total Compensable Receipts: | $63,341.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $63,341.24 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $63,341.24 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $63,341.24 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/27/2013 to 12/14/2017**

| | |
|---|---|
| Total Compensable Receipts: | $63,341.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $63,341.24 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $63,341.24 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $63,341.24 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 13-00177 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | ASPLUND, DAVID ROBERT | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8171 | Checking Acct #: | ******7701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/3/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/14/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $63,341.24 | $63,341.24 | $0.00 |

| For the period of 1/3/2013 to 12/14/2017 | | For the entire history of the case between 01/03/2013 to 12/14/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $63,341.24 | Total Compensable Receipts: | $63,341.24 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $63,341.24 | Total Comp/Non Comp Receipts: | $63,341.24 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $63,341.24 | Total Compensable Disbursements: | $63,341.24 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $63,341.24 | Total Comp/Non Comp Disbursements: | $63,341.24 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.